# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF GEORGIA
### 2211 UNITED STATES COURTHOUSE
### 75 SPRING STREET, SW
### ATLANTA, GEORGIA 30303-3361

LUTHER D. THOMAS
CLERK OF COURT

DOCKETING SECTION
404-215-1655

June 29, 2005

United States Court of Appeals
11th Circuit
56 Forsyth Street, NW
Atlanta, Georgia   30303

     **USDC Civil Action No. 1:98-cv-0204-ODE**

     **USCA No.   05-11868-AA**

     **Re: *Kirk S. Corsello v. Lincare, Inc., et al.***

## CERTIFICATE OF READINESS OF RECORD ON APPEAL

Pursuant to Fed.R.App.P. 11(c), the Clerk of the District Court for the Northern District of Georgia hereby certifies that, as shown on the enclosed index, the record is complete for the purposes of this appeal.  The record (including the transcript or parts thereof designated for inclusion and all necessary exhibits) consists of:

    **12**    **Volume(s) of pleadings-1 FILED UNDER SEAL**

    _____    Volume(s) of depositions

    _____    Volume(s) of transcripts

    _____    Volume(s) of exhibits

    _____    Other:

           Sincerely,

           Luther D. Thomas
           Clerk of Court

     By:  */s/ Kimberly Carter*
         Deputy Clerk

Enclosures

APPEAL, CLOSED

## U.S. District Court
## Northern District of Georgia (Atlanta)
## CIVIL DOCKET FOR CASE #: 1:98-cv-00204-ODE

Corsello, et al v. Lincare, Inc., et al
Assigned to: Judge Orinda D. Evans
Demand: $0
Case in other court: E USCA 11th Circuit, :01--11968
Cause: 31:3730 False Claims Act

Date Filed: 01/22/1998
Jury Demand: Plaintiff
Nature of Suit: 370 Fraud or Truth-In-Lending
Jurisdiction: U.S. Government Plaintiff

**Plaintiff**

**Kirk S. Corsello**

represented by **Donald P. McKenna, Jr.**
Hare Wynn Newell & Newton
2025 Third Avenue North
Massey Building, Suite 800
Birmingham, AL 35203
205-328-5330
Email: don@hwnn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Frederick M. Morgan, Jr.**
Helmer Martins & Morgan
105 East Fourth Street
Suite 1900
Cincinnati, OH 45202
513-421-2400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**James B. Helmer, Jr.**
Helmer Martins & Morgan
105 East Fourth Street
Suite 1900
Cincinnati, OH 45202
513-421-2400
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Mike Bothwell**
Bothwell & Simpson
304 Macy Drive
Roswell, GA 30076
770-643-1606
Email: Mike@Bothwelllaw.com
*LEAD ATTORNEY*


ATTEST: A TRUE COPY
CERTIFIED THIS
Luther D. Thomas, Clerk
By:
Deputy Clerk

*ATTORNEY TO BE NOTICED*

**Scott A. Powell**
Hare Wynn Newell & Newton
2025 Third Avenue North
Massey Building, Suite 800
Birmingham, AL 35203
205-328-5330
Email: scott@hwnn.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lincare, Inc.**                    represented by   **Benjamin E. Fox**
Bondurant Mixson & Elmore
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4100
Email: fox@bmelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Homer Lamar Mixson**
Bondurant Mixson & Elmore
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4171
Email: mixson@bmelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
Bondurant Mixson & Elmore
1201 West Peachtree Street, N.W.
3900 One Atlantic Center
Atlanta, GA 30309-3417
404-881-4100
Email: floyd@bmelaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn M. Adam**
Office of United States Attorney
Northern District of Georgia
75 Spring Street, S.W.
600 United States Courthouse

Atlanta, GA 30303
404-581-6057
Email: Lynn.Adam@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lincare Holdings, Inc.**                    represented by    **Benjamin E. Fox**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Homer Lamar Mixson**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn M. Adam**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lincare Healthcare Group, Inc.**
*TERMINATED: 07/14/1999*

**Defendant**

**John P. Byrnes**                    represented by    **Homer Lamar Mixson**
*TERMINATED: 01/13/2000*                               (See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn M. Adam**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lori Demello**
*TERMINATED: 01/13/2000*

represented by **Homer Lamar Mixson**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn M. Adam**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Larry Simmons**
*TERMINATED: 01/13/2000*

represented by **Joseph R. Manning**
Morris Manning & Martin
3343 Peachtree Road, N.E.
1600 Atlanta Financial Center
Atlanta, GA 30326-1044
404-233-7000
Email: jmanning@mmmlaw.com
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Leslie Anne Allen**
Morris Manning & Martin
3343 Peachtree Road, N.E.
1600 Atlanta Financial Center
Atlanta, GA 30326-1044
404-233-7000
Email: lallen@mmmlaw.com
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William W. Carrier, III**
Tydings & Rosenberg
100 East Pratt Street
26th Floor
Baltimore, MD 21202
410-752-9700
*TERMINATED: 01/13/2000*

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Lynn Garapic**
*TERMINATED: 01/13/2000*

represented by **Homer Lamar Mixson**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn M. Adam**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Ron Pluchel**
*TERMINATED: 01/13/2000*

represented by **Anthony L. Cochran**
Chilivis Cochran Larkins & Bever
3127 Maple Drive, N.E.
Atlanta, GA 30305
404-233-4171
Email: alc@cclblaw.com
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. Dalbey**
Chilivis Cochran Larkins & Bever
3127 Maple Drive, N.E.
Atlanta, GA 30305
404-233-4171
Email: jdd@cclblaw.com
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**AHP Home Health Care, Inc.**
*TERMINATED: 07/14/1999*

**Defendant**

**Respicare of Central Florida, Inc.**
*TERMINATED: 07/14/1999*

**Defendant**

**Medical Options, Inc.**
*TERMINATED: 07/14/1999*

**Defendant**

**Rotech, Inc.**                    represented by **Elizabeth Catherine Helm**
Holland & Knight
1201 West Peachtree Street, N.E.
One Atlantic Center, Suite 2000
Atlanta, GA 30309-3400
404-817-8500
Email: ech@mmmlaw.com
*TERMINATED: 02/25/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Jerry L. Sims**
Sims Moss Kline & Davis
3 Ravinia Drive
Suite 1700
Atlanta, GA 30346
770-481-7200
Email: jlsims@smkdlaw.com
*TERMINATED: 08/26/2002*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. Dalbey**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Roger S. Goldman**
Latham & Watkins
555 Eleventh Street, N.W.
Suite 1000
Washington, DC 20004-1304
202-637-2200
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Steven D. Gordon**
Holland & Knight
2100 Pennsylvania Avenue, N.W.
Suite 400
Washington, DC 20037-3202
202-955-3000
*TERMINATED: 02/25/2000*
*LEAD ATTORNEY*

*ATTORNEY TO BE NOTICED*

**Defendant**

**West Medical**
*TERMINATED: 01/13/2000*

**Defendant**

**Oxy Plus of Orlando, Inc.**
*TERMINATED: 07/14/1999*

**Defendant**

**Apria**
*TERMINATED: 07/14/1999*

**Defendant**

**Orlando Regional Healthcare System,
Inc.**
*TERMINATED: 07/14/1999*

**Defendant**

**Princeton Hospital, Inc.**
*TERMINATED: 07/14/1999*

**Defendant**

**M.D. Romeo G. Guzman**                represented by    **Shannon Thyme Klinger**
*TERMINATED: 01/13/2000*                                 Alston & Bird
                                                          1201 West Peachtree Street
                                                          One Atlantic Center
                                                          Atlanta, GA 30309-3424
                                                          404-881-7000
                                                          Email: sklinger@alston.com
                                                          *TERMINATED: 01/13/2000*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **William Roy Mitchelson, Jr.**
                                                          Alston & Bird
                                                          1201 West Peachtree Street
                                                          One Atlantic Center
                                                          Atlanta, GA 30309-3424
                                                          404-881-7000
                                                          Email: mmitchelson@alston.com
                                                          *TERMINATED: 01/13/2000*
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

**Defendant**

**M.D. R. G. Guzman**                    represented by    **Shannon Thyme Klinger**
*TERMINATED: 01/13/2000*                                  (See above for address)

*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Roy Mitchelson, Jr.**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**P.A. Family and Geriatric Medicine**
*TERMINATED: 01/13/2000*

represented by **Shannon Thyme Klinger**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Roy Mitchelson, Jr.**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**M.D. Alan Varraux**

represented by **Alan Varraux**
60 W. Columbia Street
Suite F
Orlando, FL 32806
PRO SE

**Shannon Thyme Klinger**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Roy Mitchelson, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**M.D. Yasmeen Gowani**
*TERMINATED: 07/14/1999*

**Defendant**

**Luis F. Baroroso Ganesh Akula**
*TERMINATED: 07/14/1999*

**Defendant**

**Amruth Bapatla**

*TERMINATED: 07/14/1999*

**Defendant**

**Raza Ali**
*TERMINATED: 07/14/1999*

**Defendant**

**Morris T. Bird**
*TERMINATED: 07/14/1999*

**Defendant**

**Alfred Bookhardt**
*TERMINATED: 07/14/1999*

**Defendant**

**Ivan Castro**                   represented by   **Shannon Thyme Klinger**
*TERMINATED: 01/13/2000*                          (See above for address)
                                                  *TERMINATED: 01/13/2000*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

                                                  **William Roy Mitchelson, Jr.**
                                                  (See above for address)
                                                  *TERMINATED: 01/13/2000*
                                                  *LEAD ATTORNEY*
                                                  *ATTORNEY TO BE NOTICED*

**Defendant**

**Winter Park Internal Medicine,**   represented by   **Shannon Thyme Klinger**
**M.D., P.A.**                                        (See above for address)
*TERMINATED: 01/13/2000*                              *TERMINATED: 01/13/2000*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

                                                      **William Roy Mitchelson, Jr.**
                                                      (See above for address)
                                                      *TERMINATED: 01/13/2000*
                                                      *LEAD ATTORNEY*
                                                      *ATTORNEY TO BE NOTICED*

**Defendant**

**Francis J. Covelli**
*TERMINATED: 07/14/1999*

**Defendant**

**Don R. Cox**
*TERMINATED: 07/14/1999*

**Defendant**

**Alan M. Denner**
*TERMINATED: 07/14/1999*

**Defendant**

**German Escano**
*TERMINATED: 07/14/1999*

**Defendant**

**Jerold Fadem, Jr.**
*TERMINATED: 07/14/1999*

**Defendant**

**Jennifer Bishop**
*TERMINATED: 07/14/1999*

**Defendant**

**Faisal Fakih**
*TERMINATED: 07/14/1999*

**Defendant**

**Tolliver L. Higgins**
*TERMINATED: 01/13/2000*

represented by **Shannon Thyme Klinger**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Roy Mitchelson, Jr.**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**H.B. Karunartne**
*TERMINATED: 07/14/1999*

**Defendant**

**Vajah Khan**
*TERMINATED: 07/14/1999*

**Defendant**

**Ashok K. H. Khanna**
*TERMINATED: 07/14/1999*

**Defendant**

**Mohammad Latif**
*TERMINATED: 07/14/1999*

**Defendant**

**Daniel Mancini**
*TERMINATED: 07/14/1999*

<u>**Defendant**</u>

**Charles Mella**
*TERMINATED: 07/14/1999*

<u>**Defendant**</u>

**Orange County Medical Center**
*TERMINATED: 07/14/1999*

<u>**Defendant**</u>

**Finance Department of Orange County**
*TERMINATED: 07/14/1999*

<u>**Defendant**</u>

**Nicholas Pastis**
*TERMINATED: 07/14/1999*

<u>**Defendant**</u>

**Lac Pham**
*TERMINATED: 07/14/1999*

<u>**Defendant**</u>

**Robert Snyder**
*TERMINATED: 07/14/1999*

<u>**Defendant**</u>

**Dennis Stevenson**
*TERMINATED: 07/14/1999*

<u>**Defendant**</u>

**E. Roger Alilin**
*TERMINATED: 07/14/1999*

<u>**Defendant**</u>

**Florida Heart Group**
*TERMINATED: 07/14/1999*

<u>**Defendant**</u>

**Linda Wasserman**
*TERMINATED: 07/14/1999*

<u>**Defendant**</u>

**Charles H. R. Morefield**
*TERMINATED: 07/14/1999*

<u>**Defendant**</u>

**Jay Pham**
*TERMINATED: 07/14/1999*

**Defendant**

**Winter Park Memorial Hospital**
**Association, Inc.**
*TERMINATED: 07/14/1999*

**Defendant**

**John Doe 1-99**
*TERMINATED: 12/23/2004*

**Defendant**

**John Doe Corporations 1-99**
*TERMINATED: 12/23/2004*

**Defendant**

**Rotech Medical Corporation**                    represented by **John D. Dalbey**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*


**unknown**

**United States of America**                       represented by **Daniel A. Caldwell, III**
*United States Ex Rel. Kirk S. Corsello*           Office of United States Attorney
                                                   Northern District of Georgia
                                                   75 Spring Street, S.W.
                                                   600 United States Courthouse
                                                   Atlanta, GA 30303
                                                   404-581-6224
                                                   Email: dan.caldwell@usdoj.gov
                                                   *TERMINATED: 10/03/2003*
                                                   *LEAD ATTORNEY*

                                                   **Mina Rhee**
                                                   U.S. Attorney's Office -ATL
                                                   600 Richard Russell Building
                                                   75 Spring Street, S.W.
                                                   Atlanta, GA 30303
                                                   404-581-6302
                                                   Email: mina.rhee@usdoj.gov
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*


**unknown**

**John Doe Corporations 1-99**
*TERMINATED: 12/23/2004*

**Defendant**

**Shawn Schabel**                                  represented by **Homer Lamar Mixson**

*TERMINATED: 01/13/2000*

(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn M. Adam**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Greg McCarthy**
*TERMINATED: 01/13/2000*

represented by **Homer Lamar Mixson**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John Earl Floyd**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lynn M. Adam**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Mark Tobin**
*TERMINATED: 01/13/2000*

represented by **Anthony L. Cochran**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John D. Dalbey**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**American Home Patient, Inc.**                represented by  **John Gulton Malcolm**
Office of Robert F. Schroeder
3490 Piedmont Road, N.E.
One Securities Centre, Suite 1050
Atlanta, GA 30305
404-842-0131
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martha P. Rogers**
Ober Kaler Grimes & Shriver
1401 H Street, N.W.
5th Floor
Washington, DC 20005-3324
202-326-5050
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Nancy Silverman**
Ober Kaler Grimes & Shriver
1401 H Street, N.W.
5th Floor
Washington, DC 20005-3324
202-326-5050
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Robert Peter Marcovitch**
Kilpatrick Stockton
1100 Peachtree Street
Suite 2800
Atlanta, GA 30309-4530
404-815-6500
*TERMINATED: 01/30/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Wilmer Parker, III**
Gillen Parker & Withers
3490 Piedmont Road, N.E.
One Securities Centre, Suite 1050
Atlanta, GA 30305
404-842-9700
Email: bparker@gcpwlaw.com
*TERMINATED: 02/05/2001*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**John Daniel Mancini**                represented by  **Shannon Thyme Klinger**

*TERMINATED: 01/13/2000*

(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**William Roy Mitchelson, Jr.**
(See above for address)
*TERMINATED: 01/13/2000*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/22/1998 *Big. Vol. 1* | 1 | COMPLAINT filed and summons issued. Consent form to proceed before U.S. magistrate and pretrial instructions given to attorney; jury demand FILING FEE $ 150.00 RECEIPT # 418732 (fmm) Modified on 11/17/1998 (Entered: 01/30/1998) |
| 01/22/1998 *Sealed Vol. 12* | 2 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 01/30/1998) |
| 01/22/1998 *Sealed Vol. 12* | 3 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 01/30/1998) |
| 04/02/1998 *Sealed Vol. 12* | 4 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 04/03/1998) |
| 06/26/1998 *Sealed Vol. 12* | 5 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 06/29/1998) |
| 06/29/1998 | | SUBMITTED to Judge Orinda D. Evans (fmm) Modified on 09/01/1999 (Entered: 06/29/1998) |
| 07/01/1998 *Sealed Vol. 12* | 6 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 07/02/1998) |
| 07/01/1998 | | Terminated submissions. (fmm) (Entered: 07/02/1998) |
| 07/30/1998 *Sealed Vol. 12* | 7 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 07/31/1998) |
| 07/30/1998 *Sealed Vol. 12* | 8 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 07/31/1998) |
| 08/28/1998 *Sealed Vol. 12* | 9 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 09/02/1998) |
| 08/28/1998 *Sealed Vol. 12* | 10 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 09/02/1998) |
| 08/28/1998 *Sealed Vol. 12* | 11 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 09/02/1998) |
| 08/28/1998 *Sealed Vol. 12* | 12 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: |

*VOL. 1 CONT.*

| | | |
|---|---|---|
| | | 09/04/1998) |
| 08/31/1998 *Sealed vol.* | (13) | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 09/04/1998) |
| 08/31/1998 | | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 09/04/1998) |
| 09/15/1998 *Sealed vol. 13* | (14) | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 09/16/1998) |
| 09/28/1998 | | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 09/29/1998) |
| 10/06/1998 *Sealed vol.* | (15) | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 10/07/1998) |
| 10/07/1998 | | SUBMITTED to Judge Orinda D. Evans (fmm) Modified on 09/01/1999 (Entered: 10/07/1998) |
| 10/19/1998 *Sealed vol.* | (16) | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 10/20/1998) |
| 11/06/1998 | (17) | ORDER by Judge Orinda D. Evans, unsealing complaint to be served upon all dfts (cc) (fmm) (Entered: 11/06/1998) |
| 11/06/1998 | | Terminated submissions. (fmm) (Entered: 11/06/1998) |
| 11/09/1998 *Sealed vol. 12* | (18) | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 11/09/1998) |
| 01/07/1999 | (19) | ORDER by Judge Orinda D. Evans, unsealing order filed 11/6/98, document #17 (cc) (fmm) Modified on 01/08/1999 (Entered: 01/08/1999) |
| 01/29/1999 *Sealed vol. 12* | (20) | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 02/01/1999) |
| 02/01/1999 *Sealed vol. 13* | (21) | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 02/02/1999) |
| 02/10/1999 *Sealed vol. 13* | (22) | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 02/10/1999) |
| 02/16/1999 *Sealed vol. 13* | (23) | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 02/17/1999) |
| 02/19/1999 *Sealed vol. 13* | (24) | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 02/23/1999) |
| 03/02/1999 *Sealed vol. 13* | (25) | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 03/03/1999) |
| 03/03/1999 | | SUBMITTED to Judge Orinda D. Evans (fmm) Modified on 09/01/1999 (Entered: 03/03/1999) |
| 03/05/1999 *Sealed vol. 12* | (26) | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: |

**Vol. 1 Cont.**

| | | |
|---|---|---|
| | | 03/05/1999) |
| 03/09/1999 Sealed Vol. 12 | 27 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 03/11/1999) |
| 03/11/1999 | | SUBMITTED to Judge Orinda D. Evans (fmm) Modified on 09/01/1999 (Entered: 03/11/1999) |
| 03/18/1999 | 28 | REPLY by defendant Rotech, Inc. to response to [22-1] motion to dismiss, [22-2] motion for a more definite statement (fmm) (Entered: 03/18/1999) |
| 04/06/1999 | | SUBMITTED to Judge Orinda D. Evans on [27-1] motion to extend time to serve complaint, [27-2] motion to file amended complaint under seal (File in Chambers) (fmm) (Entered: 04/06/1999) |
| 06/18/1999 | 29 | ORDER by Judge Orinda D. Evans GRANTING [27-1] motion to extend time to serve complaint, GRANTING IN PART AND DENYING IN PART [27-2] motion to file amended complaint under seal by Kirk S. Corsello, pla may file an amended complaint but said complaint shall not be filed underseal and must be srved upon all named dfts w/in 20 days of filing, DISMISSING w/out prejudice with the right to refile if the need arises [22-1] motion to dismiss by Rotech, Inc., [22-2] motion for a more definite statement by Rotech, Inc., [20-1] motion to unseal the court file by Rotech, Inc., denying as moot the [11-2] motion to disclose qui tam complaint to relator in related action by United States Ex Rel (cc) (fmm) (Entered: 06/22/1999) |
| 06/18/1999 | | Terminated submissions. (fmm) (Entered: 06/22/1999) |
| 06/18/1999 Sealed Vol. 12 | 30 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 06/22/1999) |
| 07/06/1999 Sealed Vol. 12 | 31 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 07/09/1999) |
| 07/06/1999 Sealed Vol. 12 | 32 | SEALED DOCUMENT (fmm) Modified on 09/01/1999 (Entered: 07/09/1999) |
| 07/14/1999 | 33 | AMENDED COMPLAINT by plaintiff adding Shawn Schabel, Greg McCarthy, Mark Tobin, American Home Pat., John Daniel Mancini and removing several dfts from complaint. (fmm) Modified on 07/15/1999 (Entered: 07/15/1999) |
| 07/15/1999 | | SUBMITTED to Judge Orinda D. Evans on [31-1] motion to extend time to file amended complaint thru 7/14/99 (fmm) (Entered: 07/15/1999) |
| 08/02/1999 | 34 | ANSWERS TO MANDATORY DISCLOSURES by plaintiff (fmm) (Entered: 08/03/1999) |
| 08/02/1999 | | Summons issued for dfts Tolliver L. Higgins, Winter Park Internal, Ivan Castro, R. G. Guzman, Romeo G. Guzman, Ron Pluchel, Lynn Garapic, Larry Simmons, Lori Demello, John P. Byrnes, Lincare Holdings, Lincare, Inc., Shawn Schabel, Greg McCarthy, Mark Tobin, American |

*Vol. 1 CONT.*

| | | Home Pat., John Daniel Mancini (fmm) (Entered: 08/03/1999) |
|---|---|---|
| 08/06/1999 | 35 | WAIVER OF SERVICE Returned Executed as to Ron Pluchel, Mark Tobin mailed 8/2/99 Answer due by 10/1/99 for Mark Tobin, for Ron Pluchel (fmm) (Entered: 08/10/1999) |
| 08/09/1999 | 36 | Return of service executed 8/2/99 as to Lincare, Inc. on original complaint (fmm) (Entered: 08/10/1999) |
| 08/10/1999 | 37 | Return of service executed 8/3/99 as to American Home Pat. on original complaint (fmm) (Entered: 08/12/1999) |
| 08/12/1999 | 38 | Return of service executed 8/3/99 as to Larry Simmons on original complaint (fmm) (Entered: 08/13/1999) |
| 08/16/1999 | 39 | MOTION by plaintiff for clarification of settlement rules with brief in support. (fmm) (Entered: 08/17/1999) |
| 08/23/1999 | 40 | Attorney appearance for dfts R. G. Guzman, Romeo G. Guzman, P.A. Family, Alan Varraux, Winter Park Internal, Ivan Castro, Tolliver L. Higgins, John Daniel Mancini by William Roy Mitchelson Jr. (fmm) (Entered: 08/25/1999) |
| 08/23/1999 | 41 | MOTION by dfts R. G. Guzman, Romeo G. Guzman, P.A. Family, Alan Varraux, Winter Park Internal, Ivan Castro, Tolliver L. Higgins, John Daniel Mancini to dismiss pursuant to FRCP 9(B) and 12(B)(6) (fmm) (Entered: 08/25/1999) |
| 08/23/1999 | 42 | MOTION by dfts R. G. Guzman, Romeo G. Guzman, P.A. Family, Alan Varraux, Winter Park Internal, Ivan Castro, Tolliver L. Higgins, John Daniel Mancini to dismiss (fmm) (Entered: 08/25/1999) |
| 08/23/1999 | 43 | MOTION by defendant American Home Pat. to dismiss for untimely service , or in the alternative, to dismiss for failure to comply with FRCP 9(b) with brief in support. (fmm) (Entered: 08/25/1999) |
| 08/23/1999 | 44 | MOTION by dfts Lincare, Inc., Lincare Holdings,, John P. Byrnes, Lori Demello, Shawn Schabel, Greg McCarthy, Lynn Garapic to dismiss for untimely service with brief in support. (fmm) (Entered: 08/25/1999) |
| 08/23/1999 | 45 | MOTION by dfts Lincare, Inc., Lincare Holdings,, John P. Byrnes, Lori Demello, Shawn Schabel, Greg McCarthy, Lynn Garapic to dismiss with brief in support. (fmm) (Entered: 08/25/1999) |
| 08/23/1999 | 46 | MOTION by defendant Larry Simmons to dismiss pursuant to FRCP 9 (B) and 12(B)(6) with brief in support. (fmm) (Entered: 08/25/1999) |
| 08/23/1999 | 47 | MOTION by defendant Larry Simmons to dismiss for untimely service with brief in support. (fmm) (Entered: 08/25/1999) |
| 08/23/1999 | 53 | Application for admission of Martha P Rogers pro hac vice for defendant American Home Pat. (fmm) (Entered: 08/27/1999) |
| 08/24/1999 | 49 | Return of service executed 8/3/99 as to Greg McCarthy on original complaint (fmm) (Entered: 08/26/1999) |

VOL. I CONT.

| 08/24/1999 | 50 | Return of service executed 8/4/99 as to Ivan Castro on original complaint (fmm) (Entered: 08/26/1999) |
|---|---|---|
| 08/24/1999 | 51 | Return of service executed 8/10/99 as to Lynn Garapic on original complaint (fmm) (Entered: 08/26/1999) |
| 08/24/1999 | 52 | Return of service executed 8/14/99 as to Shawn Schabel on original complaint (fmm) (Entered: 08/26/1999) |
| 08/25/1999 | 48 | ORDER by Judge Orinda D. Evans GRANTING [31-1] motion to extend time to file amended complaint thru 7/14/99 (cc) (fmm) (Entered: 08/26/1999) |
| 08/27/1999 | 54 | Amicus Curiae Brief by United States in response to [39-1] motion for clarification of settlement rules (fmm) (Entered: 08/31/1999) |
| 08/30/1999 END VOL. I | 55 | Response by defendant Rotech, Inc. in opposition to [39-1] motion for clarification of settlement rules (fmm) (Entered: 08/31/1999) |
| 08/31/1999 VOL. 2 | 56 | Brief by dfts Lincare, Inc., Lincare Holdings,, John P. Byrnes, Lori Demello, Shawn Schabel, Greg McCarthy, Lynn Garapic in opposition to [39-1] motion for clarification of settlement rules (fmm) (Entered: 09/01/1999) |
| 08/31/1999 Beg. Vol. 3 | 57 | Attorney appearance for dfts R. G. Guzman, Romeo G. Guzman, P.A. Family, Alan Varraux, Winter Park Internal, Ivan Castro, Tolliver L. Higgins, John Daniel Mancini by Shannon Thyme Klinger (fmm) Modified on 09/01/1999 (Entered: 09/01/1999) |
| 08/31/1999 | 58 | UNOPPOSED MOTION by dfts R. G. Guzman, Romeo G. Guzman, P.A. Family, Alan Varraux, Winter Park Internal, Ivan Castro, Morris T. Bird, John Daniel Mancini to allow response to US's Amicus Curiae with brief in support. (fmm) (Entered: 09/01/1999) |
| 08/31/1999 | 59 | Response by dfts R. G. Guzman, Romeo G. Guzman, P.A. Family, Alan Varraux, Winter Park Internal, Ivan Castro, Tolliver L. Higgins, John Daniel Mancini to [39-1] motion for clarification of settlement rules (fmm) (Entered: 09/01/1999) |
| 08/31/1999 | 60 | LETTER/MOTION by dfts Lincare, Inc., Lincare Holdings,, John P. Byrnes, Lori Demello, Shawn Schabel, Greg McCarthy, Lynn Garapic to extend time to file brief to [39-1] motion clarification of settlement rules by one day (fmm) (Entered: 09/02/1999) |
| 09/02/1999 | 61 | ORDER by Judge Orinda D. Evans GRANTING [60-1] motion to extend time to file brief to [39-1] motion clarification of settlement rules by one day and the dfts shall be allowed thru 8/31/99 to file said brief. (cc) (fmm) (Entered: 09/02/1999) |
| 09/03/1999 | 62 | ORDER by Judge Orinda D. Evans GRANTING [58-1] motion to allow response to US's Amicus Curiae. Dfts shall have to 9/8/99 in which to respond. (cc) (fmm) (Entered: 09/07/1999) |
| 09/07/1999 | 63 | Joint MOTION to extend time to respond to pending motions to dismiss |

*Vol. 3 Cont.*

| | | thru 10/7/99 (fmm) (Entered: 09/09/1999) |
|---|---|---|
| 09/07/1999 | 65 | Application for admission of James B. Helmer Jr., Donald P. McKenna Jr., Frederick M. Morgan Jr., Scott A. Powell pro hac vice for plaintiff (fmm) (Entered: 09/09/1999) |
| 09/08/1999 | | SUBMITTED to Judge Orinda D. Evans on [39-1] motion for clarification of settlement rules (File in Chambers) (fmm) (Entered: 09/08/1999) |
| 09/08/1999 | 64 | CONSENT ORDER by Judge Orinda D. Evans GRANTING [63-1] joint motion to extend time to respond to pending motions to dismiss thru 10/7/99, [47-1] motion, [46-1] motion, [45-1] motion, [44-1] motion, [43-1] motion, [43-2] motion, [42-1] motion, [41-1] motion to be submitted on 10/8/99 (cc) (fmm) (Entered: 09/09/1999) |
| 09/08/1999 | | ENDORSED ORDER by Judge Orinda D. Evans GRANTING [53-1] pro hac vice application (cc) (as) (Entered: 09/09/1999) |
| 09/08/1999 | 66 | Reply by dfts R. G. Guzman, Romeo G. Guzman, P.A. Family, Alan Varraux, Winter Park Internal, Ivan Castro, Tolliver L. Higgins, John Daniel Mancini to [54-1] Amicus Curiae Brief by the US (fmm) (Entered: 09/13/1999) |
| 09/09/1999 | 67 | Return of service executed 8/23/99 as to Lori Demello on original complaint (fmm) (Entered: 09/13/1999) |
| 09/09/1999 | 68 | MOTION by United States Ex Rel to extend time to file Amicus Curiae brief in response to dfts' motions to dismiss thru 10/7/99 with brief in support. (fmm) (Entered: 09/13/1999) |
| 09/10/1999 | | ENDORSED ORDER by Judge Orinda D. Evans GRANTING [65-1] pro hac vice applications (cc) (as) (Entered: 09/14/1999) |
| 09/15/1999 | 69 | Reply by plaintiff to [54-1] Amicus Curiae Brief by the US (fmm) (Entered: 09/17/1999) |
| 09/15/1999 | 70 | MOTION by plaintiff for leave to file reply to Amicus Curiae Brief with brief in support. (fmm) (Entered: 09/17/1999) |
| 09/16/1999 | 71 | MOTION by defendant Rotech, Inc. to disqualify Mike Bothwell , and to remedy violations of DR 7-104(A)(1) with brief in support. (fmm) Modified on 08/31/2000 (Entered: 09/17/1999) |
| 09/20/1999 | 72 | REPLY by plaintiff to response to [39-1] motion for clarification of settlement rules (fmm) (Entered: 09/21/1999) |
| 09/21/1999 | 73 | MOTION by defendant Ron Pluchel, defendant Mark Tobin to dismiss the Amemded Complaint against them with brief in support. (aet) (Entered: 09/23/1999) |
| 10/01/1999 | 74 | MOTION by defendant Rotech, Inc. to dismiss with brief in support. (fmm) (Entered: 10/04/1999) |
| 10/04/1999 | 75 | Supplement to memorandum in support of [74-1] motion to dismiss by |

*VOL. 3 CONT.*

| | | dft Rotech (fmm) (Entered: 10/05/1999) |
|---|---|---|
| 10/04/1999 *continued w/i vol. 4* | 79 | Application for admission of William W. Carrier III pro hac vice for defendant Larry Simmons (fmm) (Entered: 10/08/1999) |
| 10/05/1999 | | SUBMITTED to Judge Orinda D. Evans on [68-1] motion to extend time to file Amicus Curiae brief in response to dfts' motions to dismiss thru 10/7/99 (File in Chambers) (fmm) (Entered: 10/05/1999) |
| 10/05/1999 *END VOL. 3* | 76 | Memorandum by plaintiff in opposition to [71-1] motion to disqualify Mike Bothwell, [71-2] motion to remedy violations of DR 7-104(A)(1) (fmm) (Entered: 10/05/1999) |
| 10/07/1999 *Beg. Vol. 4* | 77 | ORDER by Judge Orinda D. Evans GRANTING [68-1] motion to extend time to file Amicus Curiae brief in response to dfts' motions to dismiss thru 10/12/99 (cc) (fmm) (Entered: 10/07/1999) |
| 10/07/1999 | 78 | Memorandum by plaintiff in opposition to [42-1] motion to dismiss, [43-1] motion to dismiss for untimely service, [43-2] motion to dismiss for failure to comply with FRCP 9(b), [44-1] motion to dismiss for untimely service, [46-1] motion to dismiss pursuant to FRCP 9(B) and 12(B)(6), [73-1] motion to dismiss the Amemded Complaint against them (fmm) (Entered: 10/08/1999) |
| 10/07/1999 | 80 | MOTION by plaintiff for leave to amend [33-1] amended complaint with brief in support. (fmm) (Entered: 10/08/1999) |
| 10/07/1999 | 81 | Amicus Curiae Brief by United States Ex Rel in response to [47-1] motion to dismiss for untimely service, [46-1] motion to dismiss pursuant to FRCP 9(B) and 12(B)(6), [45-1] motion to dismiss, [44-1] motion to dismiss for untimely service, [43-1] motion to dismiss for untimely service, [43-2] motion to dismiss for failure to comply with FRCP 9(b), [42-1] motion to dismiss, [41-1] motion to dismiss pursuant to FRCP 9 (B) and 12(B)(6) (fmm) (Entered: 10/12/1999) |
| 10/08/1999 | | SUBMITTED to Judge Orinda D. Evans on [73-1] motion to dismiss the Amemded Complaint against them, [71-1] motion to disqualify Mike Bothwell, [71-2] motion to remedy violations of DR 7-104(A)(1), [70-1] motion for leave to file reply to Amicus Curiae Brief, [47-1] motion to dismiss for untimely service, [46-1] motion to dismiss pursuant to FRCP 9(B) and 12(B)(6), [45-1] motion to dismiss, [44-1] motion to dismiss for untimely service, [43-1] motion to dismiss for untimely service, [43-2] motion to dismiss for failure to comply with FRCP 9(b), [42-1] motion to dismiss, [41-1] motion to dismiss pursuant to FRCP 9(B) and 12(B)(6) (File in Chambers) (fmm) (Entered: 10/08/1999) |
| 10/08/1999 | 82 | Notice of filing proposed second amended complaint by plaintiff. (fmm) (Entered: 10/12/1999) |
| 10/12/1999 | | ENDORSED ORDER by Judge Orinda D. Evans GRANTING [79-1] pro hac vice application (cc) (fmm) (Entered: 10/12/1999) |
| 10/19/1999 | 83 | Memorandum by plaintiff in opposition to [74-1] motion to dismiss (fmm) (Entered: 10/21/1999) |

*Vol. 4 CONT.*

| | | |
|---|---|---|
| 10/21/1999 | | SUBMITTED to Judge Orinda D. Evans on [74-1] motion to dismiss (File in Chambers) (fmm) (Entered: 10/21/1999) |
| 10/21/1999 | | Terminated submissions. (fmm) (Entered: 10/21/1999) |
| 10/21/1999 | 84 | Application for admission of Steven D. Gordon pro hac vice for defendant Rotech, Inc. (fmm) (Entered: 10/25/1999) |
| 10/21/1999 | 85 | Application for admission of Nancy Silverman pro hac vice for defendant American Home Pat. (fmm) (Entered: 10/25/1999) |
| 10/22/1999 | | Proposed Consent Order extending time untill 11/8/99 to respond to [80-1] motion for leave to amend [33-1] amended complaint, and to file reply brief to [43-1] motion to dismiss for untimely service, [43-2] motion to dismiss for failure to comply with FRCP 9(b). to ODE (fmm) (Entered: 10/25/1999) |
| 10/22/1999 | 86 | REPLY by defendant Rotech, Inc. to response to [71-1] motion to disqualify Mike Bothwell, [71-2] motion to remedy violations of DR 7-104(A)(1) (fmm) (Entered: 10/25/1999) |
| 10/25/1999 | | Proposed Consent Order exending page limitations for dft Varraux. to ODE. (fmm) (Entered: 10/26/1999) |
| 10/25/1999 | 87 | Reply brief to [44-1] motion to dismiss for untimely service by dfts Lincare, Inc., Lincare Holdings, John P. Byrnes, Lori Demello, Shawn Schabel, Greg McCarthy, Lynn Garapic . (fmm) (Entered: 10/26/1999) |
| 10/25/1999 | 88 | REPLY by dfts Lincare, Inc., Lincare Holdings, John P. Byrnes, Lori Demello, Shawn Schabel, Greg McCarthy, Lynn Garapic to response to [45-1] motion to dismiss (fmm) (Entered: 10/26/1999) |
| 10/25/1999 | 89 | Brief by dfts Lincare, Inc., Lincare Holdings, John P. Byrnes, Lori Demello, Shawn Schabel, Greg McCarthy, Lynn Garapic in opposition to [80-1] motion for leave to amend [33-1] amended complaint (fmm) (Entered: 10/26/1999) |
| 10/25/1999 | 90 | Consolidated Brief by defendant Alan Varraux in further support of [42-1] motion to dismiss and response to [80-1] motion for leave to amend [33-1] amended complaint (fmm) (Entered: 10/26/1999) |
| 10/25/1999 | 91 | Consolidated Brief by dfts R. G. Guzman, Romeo G. Guzman, P.A. Family, Winter Park Internal, Ivan Castro, Tolliver L. Higgins, John Daniel Mancini in further support of [42-1] motion to dismiss and in response to [80-1] motion for leave to amend [33-1] amended complaint (fmm) (Entered: 10/26/1999) |
| 10/26/1999 | 92 | Response by defendant Rotech, Inc. in opposition to [80-1] motion for leave to amend [33-1] amended complaint (fmm) (Entered: 10/27/1999) |
| 10/26/1999 | 93 | Amendment by defendant Rotech, Inc. to [86-1] reply to response to motion to disqualify attorney (fmm) (Entered: 10/27/1999) |
| 11/02/1999 | | ENDORSED ORDER by Judge Orinda D. Evans GRANTING [84-1] pro hac vice application of Steven Gordon (cc) (fmm) (Entered: 11/03/1999) |

VOL. 4 CONT.

| | | |
|---|---|---|
| 11/02/1999 | | ENDORSED ORDER by Judge Orinda D. Evans GRANTING [85-1] pro hac vice application of Nancy Silverman (cc) (fmm) (Entered: 11/03/1999) |
| 11/02/1999 | 94 | CONSENT ORDER by Judge Orinda D. Evans extending the page limitation for dft Alan Varraux up to and including 25 pages (cc) (fmm) (Entered: 11/03/1999) |
| 11/04/1999 | | SUBMITTED to Judge Orinda D. Evans on [80-1] motion for leave to amend [33-1] amended complaint (File in Chambers) (fmm) (Entered: 11/04/1999) |
| 11/04/1999 | 95 | REPLY by defendant Rotech, Inc. to response to [74-1] motion to dismiss (fmm) (Entered: 11/05/1999) |
| 11/05/1999 | 96 | CONSENT ORDER by Judge Orinda D. Evans, extending time to file its opposition to [80-1] motion for leave to amend [33-1] amended complaint and to respond to the reply to [43-1] motion to dismiss for untimely service, [43-2] motion to dismiss for failure to comply with FRCP 9(b) thru 11/8/99 (cc) (fmm) (Entered: 11/05/1999) |
| 11/08/1999 | 97 | Consolidated Memorandum by defendant American Home Pat. in support of their opposition to [80-1] motion for leave to amend [33-1] amended complaint and reply to [43-1] motion to dismiss for untimely service, [43-2] motion to dismiss for failure to comply with FRCP 9(b) (fmm) (Entered: 11/12/1999) |
| 11/26/1999 | 98 | REPLY by plaintiff to response to [80-1] motion for leave to amend [33-1] amended complaint (fmm) (Entered: 11/29/1999) |
| 01/13/2000 END VOL. 4 | 99 | ORDER by Judge Orinda D. Evans GRANTING [80-1] motion for leave to amend [33-1] amended complaint. Only 5 dfts remain - Lincare Inc., Lincare Holdings, Rotech, American Home Patient and Alan Varraux. All other dfts are dismissed w/out prejudice pursuant to FRCP 41(a)(1). DISMISSING as moot [41-1] motion to dismiss pursuant to FRCP 9(B) and 12(B)(6) as to all dfts except Alan Varraux, DISMISSING as moot [42-1] motion to dismiss by dfts excpet Alan Varraux, DISMISSING as moot [44-1] motion to dismiss for untimely service by dfts excpet Lincare Inc and Lincare Holdings, DISMISSING as moot [45-1] motion to dismiss by dfts execpt Lincare Inc, and Lincare Holdings, DISMISSING as moot the [46-1] motion to dismiss pursuant to FRCP 9 (B) and 12(B)(6) by Larry Simmons, DISMISSING as moot the [47-1] motion to dismiss for untimely service by Larry Simmons, DISMISSING as moot the [73-1] motion to dismiss the Amemded Complaint against them by Mark Tobin, Ron Pluchel (cc) (fmm) Modified on 01/13/2000 (Entered: 01/13/2000) |
| 01/13/2000 | | Terminated submissions. (fmm) (Entered: 01/13/2000) |
| 01/13/2000 Beg. Vol. 5 | 100 | SECOND AMENDED COMPLAINT by plaintiff (fmm) (Entered: 01/27/2000) |
| 01/27/2000 | 101 | MOTION by defendant Lincare, Inc., defendant Lincare Holdings,, |

VOL. 5 CONT.

| | | |
|---|---|---|
| | | defendant Alan Varraux, defendant American Home Pat. to stay proceedings with brief in support. (fmm) (Entered: 02/01/2000) |
| 01/27/2000 | 102 | CONDITIONAL MOTION by defendant Lincare, Inc., defendant Lincare Holdings,, defendant Alan Varraux, defendant American Home Pat. for scheduling order with brief in support. (fmm) (Entered: 02/01/2000) |
| 02/03/2000 | 103 | Notice by CRD motion hearing set for [39-1] motion for clarification of settlement rules and [71-1] motion to disqualify Mike Bothwell at 3:00pm on 2/11/00 (cc by CRD) (fmm) (Entered: 02/04/2000) |
| 02/09/2000 | 104 | Withdrawal of [39-1] motion for clarification of settlement rules (fmm) (Entered: 02/10/2000) |
| 02/10/2000 | 105 | Notice by CRD cancelling conference scheduled for 2/11/00. (cc by CRD) (fmm) (Entered: 02/11/2000) |
| 02/11/2000 | 106 | Response by plaintiff in opposition to [102-1] motion for scheduling order (fmm) (Entered: 02/14/2000) |
| 02/11/2000 | 107 | Response by plaintiff in opposition to [101-1] motion to stay proceedings (fmm) (Entered: 02/14/2000) |
| 02/14/2000 | | SUBMITTED to Judge Orinda D. Evans on [101-1] motion to stay proceedings, [102-1] motion for scheduling order (File in Chambers) (fmm) (Entered: 02/14/2000) |
| 02/17/2000 | 108 | MOTION by defendant Rotech, Inc. to substitute attorney (fmm) (Entered: 02/22/2000) |
| 02/18/2000 | 109 | Notice of supplemental authority in support of dft's motion to stay by defendant Lincare Holdings,, defendant Lincare, Inc. . (fmm) (Entered: 02/22/2000) |
| 02/23/2000 | 110 | Reply brief to [102-1] motion for scheduling order and [101-1] motion to stay proceedings by Alan Varraux, Lincare Holdings, Lincare, Inc. and American Home Pat. (bsm) (Entered: 02/24/2000) |
| 02/25/2000 | 111 | ORDER by Judge Orinda D. Evans GRANTING [108-1] motion to substitute attorney terminating attorney Steven D. Gordon for Rotech, Inc., attorney Elizabeth Catherine Helm for Rotech, Inc. and adding Jerry L. Sims (cc) (fmm) (Entered: 02/28/2000) |
| 02/25/2000 | 112 | Notice of bankruptcy stay by defendant Rotech, Inc. (fmm) (Entered: 02/29/2000) |
| 02/28/2000 | 113 | Notice of adoption of reply brief in support of dft's motion to say proceedings and for schedulin order filed 2/23/00 by defendant American Home Pat. (fmm) (Entered: 03/03/2000) |
| 02/28/2000 | 114 | REPLY by defendant American Home Pat. to response to [102-1] motion for scheduling order (fmm) (Entered: 03/03/2000) |
| 02/29/2000 | 115 | MOTION by defendant American Home Pat. to dismiss second amended |

*Vol. 5 Cont.*

| | | |
|---|---|---|
| | | complaint for failure to comply with FRCP 9(b) and for failure to state a claim with brief in support. (fmm) (Entered: 03/03/2000) |
| 02/29/2000 | 116 | RENEWED MOTION by defendant Lincare Holdings,, defendant Lincare, Inc. to dismiss pursuant to FRCP 9(B) and 12(B)(6) with brief in support. (fmm) (Entered: 03/03/2000) |
| 02/29/2000 | 117 | MOTION by defendant Lincare Holdings,, defendant Lincare, Inc. to dismiss qui tam claims on constitutional grounds with brief in support. (fmm) (Entered: 03/03/2000) |
| 02/29/2000 | 118 | Notice of adoption of Lincare's brief in support of motio to dismiss qui tam claims on constititutional grounds by defendant American Home Pat. (fmm) (Entered: 03/03/2000) |
| 02/29/2000 | 119 | Notice of adoption of Lincare, Inc. and Lincare Holdings' motion to dismiss on constitutional grounds by defendant Alan Varraux . (fmm) (Entered: 03/03/2000) |
| 02/29/2000 | 120 | Notice of adoption of Lincare Inc. and Lincare Holdings' renewed motion to dismiss by defendant Alan Varraux . (fmm) (Entered: 03/03/2000) |
| 02/29/2000 *END Vol. 5* | 121 | UNOPPOSED MOTION by defendant Lincare Holdings,, defendant Lincare, Inc. to file excess pages limitation with brief in support. (fmm) (Entered: 03/03/2000) |
| 03/14/2000 *Beg. Vol. 6* | 122 | ORDER by Judge Orinda D. Evans for the purposes of clarification and as all remaining parties have filed renewed motions to dismiss the amended complaint, DISMISSES [41-1] motion to dismiss pursuant to FRCP 9(B) and 12(B)(6), [42-1] motion to dismiss, [43-1] motion to dismiss for untimely service, [43-2] motion to dismiss for failure to comply with FRCP 9(b), [44-1] motion to dismiss for untimely service, [45-1] motion to dismiss (cc) (fmm) (Entered: 03/15/2000) |
| 03/14/2000 | 123 | ORDER by Judge Orinda D. Evans GRANTING [121-1] motion to file excess pages limitation (cc) (fmm) (Entered: 03/15/2000) |
| 03/17/2000 | 124 | CONSENT MOTION by plaintiff to extend time to respond to [115-1] motion to dismiss, [116-1] motion to dismiss, and [117-1] motion to dismiss thru 4/3/00 w/proposed consent order (to ODE) (fmm) (Entered: 03/21/2000) |
| 03/17/2000 | 125 | UNOPPOSED MOTION by United States Ex Rel to file excess pages limitation with brief in support. (fmm) (Entered: 03/21/2000) |
| 03/17/2000 | 126 | Amicus Curiae Brief by United States Ex Rel in response to [117-1] motion to dismiss qui tam claims on constitutional grounds (fmm) (Entered: 03/21/2000) |
| 03/17/2000 | 127 | Amicus Curiae Brief by United States Ex Rel in reponse to [115-1] motion to dismiss second amended complaint for failure to comply with FRCP 9(b) and for failure to state a claim, [116-1] motion to dismiss pursuant to FRCP 9(B) and 12(B)(6) (fmm) (Entered: 03/21/2000) |
| | | |

Vol. 6 CONT.

| 03/22/2000 | 128 | CONSENT ORDER by Judge Orinda D. Evans GRANTING [124-1] motion to extend time to respond to [115-1] motion to dismiss, [116-1] motion to dismiss, and [117-1] motion to dismiss thru 4/3/00, FINAL EXTENSION. [117-1] motion to dismiss, [116-1] motion to dismiss, [115-1] motion to dismiss to be submitted on 4/4/00 (cc) (fmm) Modified on 03/22/2000 (Entered: 03/22/2000) |
|---|---|---|
| 03/22/2000 | 129 | ORDER by Judge Orinda D. Evans GRANTING [125-1] motion to file excess pages limitation (cc) (fmm) (Entered: 03/22/2000) |
| 04/04/2000 | 130 | Relator's Memorandum in Opposition to [116-1] motion to dismiss by Lincare, Inc., and Lincare Holdings, [115-1] motion to dismiss by American Homepatient, Inc., and [120-1] by Alan Varraux, M.C. (aet) (Entered: 04/05/2000) |
| 04/04/2000 | 131 | Relator's Memorandum in Opposition to [117-1], [118-1], and [119-1] motions to dismiss qui tam claims on constitutional grounds (aet) (Entered: 04/05/2000) |
| 04/10/2000 |  | SUBMITTED to Judge Orinda D. Evans on [115-1] motion to dismiss second amended complaint for failure to comply with FRCP 9(b) and for failure to state a claim, [116-1] motion to dismiss pursuant to FRCP 9(B) and 12(B)(6), [117-1] motion to dismiss qui tam claims on constitutional grounds (File in Chambers) (fmm) (Entered: 04/10/2000) |
| 04/11/2000 | 132 | UNOPPOSED MOTION by defendant Lincare Holdings,, defendant Lincare, Inc. to extend time thru 5/1/00 to file reply briefs pertaining to [117-1] motion to dismiss qui tam claims on constitutional grounds , and to file excess pages limitation . (to ODE) (crc) Modified on 04/12/2000 (Entered: 04/12/2000) |
| 04/17/2000 |  | Proposed Consent Order extending the time to file reply briefs to [117-1] motion to dismiss, [116-1] motion to dismiss, [115-1] motion to dismiss thru 5/1/00 (to ODE) (fmm) (Entered: 04/18/2000) |
| 04/20/2000 | 133 | CONSENT ORDER by Judge Orinda D. Evans GRANTING [132-1] motion to extend time thru 5/1/00 to file reply briefs pertaining to [117-1] motion to dismiss qui tam claims on constitutional grounds, GRANTING [132-2] motion to file excess pages limitation (cc) (fmm) (Entered: 04/21/2000) |
| 04/25/2000 | 134 | CONSENT ORDER by Judge Orinda D. Evans, extending time for dft AHOM to file a reply to [115-1] motion to dismiss second amended complaint for failure to comply with FRCP 9(b) and for failure to state a claim, [116-1] motion to dismiss pursuant to FRCP 9(B) and 12(B)(6), [117-1] motion to dismiss qui tam claims on constitutional grounds thru 5/1/00 (cc) (fmm) (Entered: 04/25/2000) |
| 04/27/2000 | 135 | ORDER by Judge Orinda D. Evans GRANTING [101-1] motion to stay proceedings, denying as moot the [102-1] motion for scheduling order by American Home Pat., Alan Varraux, Lincare Holdings,, Lincare, Inc., dismissing as moot the [70-1] motion for leave to file reply to Amicus Curiae Brief by Kirk S. Corsello. The court shall retain jurisdiction and |

VOL. 6 CONT.

| | | the case shall be restored to the docket upon motion of a party after the USSC issues its ruling in Vermont Agency of Natural Resources v. US ex rel Stevens The clerk is DIRECTED to administratively close the action . (cc) (fmm) (Entered: 04/28/2000) |
|---|---|---|
| 04/27/2000 | | Terminated submissions. (fmm) (Entered: 04/28/2000) |
| 04/27/2000 | | Case terminated. (fmm) (Entered: 04/28/2000) |
| 05/01/2000 | 136 | Reply brief to [117-1] motion to dismiss qui tam claims on constitutional grounds by defendant Lincare, Inc. . (crc) (Entered: 05/03/2000) |
| 05/01/2000 | 137 | REPLY by defendant Lincare Holdings,, defendant Lincare, Inc. to response to memo in opposition to motion to dismiss. (crc) (Entered: 05/03/2000) |
| 05/01/2000 | 138 | REPLY by defendant American Home Pat. to relator's opposition to Motion to dismiss relator's second amended complaint. (crc) (Entered: 05/03/2000) |
| 05/23/2000 | 139 | Adoption of Reply to Relator's opposition to [138-1] American Homepatient, Inc.'s Motion to dismiss Relator's second amended complaint by dft Alan Varraux, M.D.. (crc) Modified on 05/24/2000 (Entered: 05/24/2000) |
| 05/25/2000 END VOL.6 | 140 | MOTION by plaintiff to lift stay with brief in support. (fmm) (Entered: 05/30/2000) |
| 06/12/2000 Beg. VOL. 7 | 141 | Response by defendant Lincare Holdings,, defendant Lincare, Inc. to [140-1] motion to lift stay (crc) (Entered: 06/14/2000) |
| 06/19/2000 | | SUBMITTED to Judge Orinda D. Evans on [140-1] motion to lift stay (fmm) (Entered: 06/19/2000) |
| 06/23/2000 | 142 | ORDER by Judge Orinda D. Evans GRANTING [140-1] motion to lift stay, DENYING [71-1] motion to disqualify Mike Bothwell by Rotech, Inc., DENYING [71-2] motion to remedy violations of DR 7-104(A)(1) by Rotech, Inc. Clerk is directed to restore this case to the active docket and reopen the file. (cc) (fmm) (Entered: 06/23/2000) |
| 06/23/2000 | | Case reopened. (fmm) (Entered: 06/23/2000) |
| 06/23/2000 | | Terminated submissions. (fmm) (Entered: 06/23/2000) |
| 07/11/2000 | 143 | MOTION by defendant Alan Varraux to withdraw by Shannon Thyme Klinger, William Roy Mitchelson Jr. as attorney for Alan Varraux with brief in support. (fmm) (Entered: 07/13/2000) |
| 08/29/2000 | 144 | MOTION by dfts Lincare Holdings,, dfts Lincare, Inc. to file a supplemental brief in light of new authority (fmm) (Entered: 08/31/2000) |
| 08/29/2000 | 145 | Supplemental Brief by dfts Lincare Holdings, Lincare, Inc. in support of [116-1] motion to dismiss pursuant to FRCP 9(B) and 12(B)(6) (fmm) (Entered: 08/31/2000) |
| | | |

VOL. 7 CONT.

| | | |
|---|---|---|
| 08/31/2000 | | SUBMITTED to Judge Orinda D. Evans on [74-1] motion to dismiss, [115-1] motion to dismiss second amended complaint for failure to comply with FRCP 9(b) and for failure to state a claim, [116-1] motion to dismiss pursuant to FRCP 9(B) and 12(B)(6), [117-1] motion to dismiss qui tam claims on constitutional grounds, [143-1] motion to withdraw by Shannon Thyme Klinger, William Roy Mitchelson Jr. as attorney for Alan Varraux (fmm) (Entered: 08/31/2000) |
| 09/05/2000 | 146 | Notice by CRD, motion hearing set for [74-1] motion to dismiss at 2:00 pm on 9/13/00 (cc by CRD) (fmm) (Entered: 09/06/2000) |
| 09/08/2000 | 147 | ORDER by Judge Orinda D. Evans GRANTING [143-1] motion to withdraw by Shannon Thyme Klinger, William Roy Mitchelson Jr. as attorney for Alan Varraux. Dft Varraux is DIRECTED to either have new counsel file a notice of appearance or file written notice of his intention to proceed pro se w/in 20 days. Clerk is directed to serve dft at 60 W. Columbia St, Suite F, Orlando, FL 32806. [147-1] order to be submitted on 9/30/00 (cc) (fmm) (Entered: 09/08/2000) |
| 09/08/2000 | 148 | ORDER by Judge Orinda D. Evans DISMISSING w/out prejudice [74-1] motion to dismiss and CANCELING the hearing set for 9/13/00 at 2:00 pm. (cc by CRD) (fmm) (Entered: 09/08/2000) |
| 09/18/2000 | 149 | Response by plaintiff in opposition to [144-1] motion to file a supplemental brief in light of new authority (fmm) (Entered: 09/19/2000) |
| 09/19/2000 | | SUBMITTED to Judge Orinda D. Evans on [144-1] motion to file a supplemental brief in light of new authority (File in Chambers) (fmm) (Entered: 09/19/2000) |
| 09/22/2000 | 150 | Reply brief to [144-1] motion to file a supplemental brief in light of new authority by defendant Lincare Holdings,, defendant Lincare, Inc. . (fmm) (Entered: 09/25/2000) |
| 10/05/2000 | | SUBMITTED to Judge Orinda D. Evans on [147-1] order (fmm) (Entered: 10/05/2000) |
| 10/10/2000 | 151 | Notice of intent to proceed pro se by defendant Alan Varraux (fmm) (Entered: 10/11/2000) |
| 12/05/2000 | 152 | MOTION by dfts Lincare Holdings, Lincare, Inc. to dismiss pursuant to 31 USC 3730(b)(5) and FRCP 12(b)(1) with brief in support. (fmm) (Entered: 12/06/2000) |
| 12/06/2000 | 153 | Corrected MOTION by dfts Lincare Holdings, Lincare, Inc. correcting the style and case number of [152-1] motion to dismiss pursuant to 31 USC 3730(b)(5) and FRCP 12(b)(1) (fmm) (Entered: 12/08/2000) |
| 12/19/2000 | 154 | Adoption by defendant American Home Pat. to [152-1] motion to dismiss pursuant to 31 USC 3730(b)(5) and FRCP 12(b)(1) (fmm) (Entered: 12/20/2000) |
| 12/19/2000 | 155 | UNOPPOSED MOTION by dfts Lincare Holdings, Lincare, Inc. to extend time thru 1/16/01 for pla to respond to [152-1] motion to dismiss |

*Vol. 7 CONT.*

| | | pursuant to 31 USC 3730(b)(5) and FRCP 12(b)(1) and thru 2/12/01 for dfts to file reply brief (fmm) (Entered: 12/21/2000) |
|---|---|---|
| 12/22/2000 | 156 | CONSENT ORDER by Judge Orinda D. Evans GRANTING [155-1] motion to extend time thru 1/16/01 for pla to respond to [152-1] motion to dismiss pursuant to 31 USC 3730(b)(5) and FRCP 12(b)(1) and thru 2/12/01 for dfts to file reply brief, [152-1] motion and [153-1] corrected motion to be submitted on 1/17/01 (cc) (fmm) (Entered: 12/27/2000) |
| 12/27/2000 | 157 | MOTION by dfts Lincare Holdings, Lincare, Inc. for leave to file supplemental brief in light of Clausen decision w/proposed brief (fmm) (Entered: 12/28/2000) |
| 12/27/2000 | 158 | Attorney appearance for defendant American Home Pat. by John Gulton Malcolm (fmm) (Entered: 12/28/2000) |
| 01/05/2001 *END VOL. 7* | 159 | Adoption by defendant American Home Pat. of [157-1] motion for leave to file supplemental brief in light of Clausen decision (fmm) (Entered: 01/08/2001) |
| 01/16/2001 *Beg. VOL. 8* | 160 | Consolidated memorandum by plaintiff in opposition to [152-1] motion to dismiss pursuant to 31 USC 3730(b)(5) and FRCP 12(b)(1), [153-1] amended motion to dismiss pursuant to 31 USC 3730(b)(5) and FRCP 12 (b)(1) (fmm) (Entered: 01/18/2001) |
| 01/18/2001 | | SUBMITTED to Judge Orinda D. Evans on [152-1] motion to dismiss pursuant to 31 USC 3730(b)(5) and FRCP 12(b)(1), [153-1] amended motion to dismiss pursuant to 31 USC 3730(b)(5) and FRCP 12(b)(1) (fmm) (Entered: 01/18/2001) |
| 01/23/2001 | 161 | CONSENT ORDER by Judge Orinda D. Evans, extending time thru 1/30/01 to respond to [157-1] motion for leave to file supplemental brief in light of Clausen decision , [157-1] motion to be submitted on 1/31/01 (cc) (fmm) (Entered: 01/23/2001) |
| 01/30/2001 | 162 | Notice of withdrawl of appearance by Robert P. Marcovitch for defendant American HomePatient, Inc. (adg) Modified on 02/01/2001 (Entered: 02/01/2001) |
| 01/30/2001 | 163 | Memorandum by plaintiff Kirk S. Corsello in opposition to [157-1] motion for leave to file supplemental brief in light of Clausen decision (adg) (Entered: 02/01/2001) |
| 02/01/2001 | | SUBMITTED to Judge Orinda D. Evans on [157-1] motion for leave to file supplemental brief in light of Clausen decision (File in chambers) (adg) (Entered: 02/01/2001) |
| 02/05/2001 | 164 | Notice of withdrawal of appearance of Atty Wilmer Parker III by defendant American Home Pat (fmm) (Entered: 02/07/2001) |
| 02/07/2001 | 165 | UNOPPOSED MOTION by dfts Lincare Holdings, Lincare, Inc. to extend time thru 2/26/01 to file reply brief to [152-1] and [153-1] motion to dismiss pursuant to 31 USC 3730(b)(5) and FRCP 12(b)(1) (fmm) (Entered: 02/08/2001) |

*Vol. 8 Cont.*

| | | |
|---|---|---|
| 02/13/2001 | 166 | CONSENT ORDER by Judge Orinda D. Evans GRANTING [165-1] motion to extend time thru 2/16/01 to file reply brief to [152-1] and [153-1] motion to dismiss pursuant to 31 USC 3730(b)(5) and FRCP 12(b)(1) (cc) (fmm) (Entered: 02/13/2001) |
| 02/16/2001 | 167 | Reply brief to [157-1] motion for leave to file supplemental brief in light of Clausen decision by dfts Lincare Holdings, Lincare, Inc. (fmm) (Entered: 02/20/2001) |
| 02/16/2001  *END Vol. 8* | 168 | Reply brief to [152-1] motion to dismiss pursuant to 31 USC 3730(b)(5) and FRCP 12(b)(1) by dfts Lincare Holdings, Lincare, Inc. (fmm) (Entered: 02/20/2001) |
| 02/16/2001  *Beg. Vol. 9* | 169 | MOTION by defendant American Home Pat. to adopt [167-1] reply brief by dfts Lincare and Lincare Holdings on Clausen decision (fmm) (Entered: 02/21/2001) |
| 02/16/2001 | 170 | MOTION by defendant American Home Pat. to adopt [168-1] reply brief by dfts Lincare and Lincare Holdings supporting dismissal under 31 USC 3730(b)(5) (fmm) (Entered: 02/21/2001) |
| 03/09/2001 | 171 | ORDER by Judge Orinda D. Evans GRANTING [115-1] motion to dismiss second amended complaint for failure to comply with FRCP 9(b) and for failure to state a claim, GRANTING [116-1] motion to dismiss pursuant to FRCP 9(B) and 12(B)(6), GRANTING nunc pro tunc [144-1] motion to file a supplemental brief in light of new authority, GRANTING nunc pro tunc [157-1] motion for leave to file supplemental brief in light of Clausen decision, denying as moot the [117-1] motion to dismiss qui tam claims on constitutional grounds by Lincare, Inc., Lincare Holdings,, denying as moot the [152-1] motion to dismiss pursuant to 31 USC 3730 (b)(5) and FRCP 12(b)(1) by Lincare, Inc., Lincare Holdings,, denying as moot the [153-1] amend/amended motion [152-1] motion to dismiss pursuant to 31 USC 3730(b)(5) and FRCP 12(b)(1) by Lincare, Inc., Lincare Holdings, (cc) (fmm) (Entered: 03/09/2001) |
| 03/09/2001 | | Terminated submissions. (fmm) (Entered: 03/09/2001) |
| 03/09/2001 | | Case terminated. (fmm) (Entered: 03/09/2001) |
| 04/06/2001 | 172 | NOTICE OF APPEAL by plaintiff from [171-1] order FILING FEE $ 105.00 RECEIPT # 469507 Appeal information sheet due 4/20/01 (kac) (Entered: 04/12/2001) |
| 04/12/2001 | | Notice of appeal, order and certified copy of docket to USCA RE: [172-1] appeal (kac) (Entered: 04/12/2001) |
| 04/16/2001 | 173 | Acknowledgment by USCA RE: [172-1] appeal USCA dkt no. 01-11968-E (epm) (Entered: 04/20/2001) |
| 06/26/2001 | 174 | Request for Certificate of Readiness from USCA RE: [172-1] appeal USCA # 01-11968-E (kac) (Entered: 07/02/2001) |
| 06/26/2001 | | FORTHWITH LETTER from USCA regarding [172-1] appeal. USCA dkt no. 01-11968-E Appeal record due on 7/6/01 (kac) (Entered: |

VOL. 9 CONT.

|  |  | 07/02/2001) |
|---|---|---|
| 07/02/2001 |  | CERTIFICATE OF READINESS of appeal record with certified copy of docket mailed to USCA RE: [172-1] appeal USCA # 01-11968-E (12 Vols. pldgs-1 FILED UNDER SEAL) (kac) (Entered: 07/02/2001) |
| 07/02/2001 |  | Certified and transmitted record to USCA RE: [172-1] appeal USCA dkt no. 01-11968-E (12 Vols. pldgs-1 FILED UNDER SEAL) (kac) (Entered: 07/02/2001) |
| 07/10/2001 |  | USCA acknowledgment of COR & ROA RE: [172-1] appeal USCA # 01-11968-E (kac) (Entered: 07/11/2001) |
| 12/21/2001 | 175 | Certified copy of ORDER of USCA DISMISSING [172-1] appeal for want of jurisdiction. USCA dkt no. 01-11968 (fmm) (Entered: 01/02/2002) |
| 07/15/2002 |  | Appeal record returned from USCA RE: [172-1] appeal USCA dkt. # 01-11968-EE (11 vol. pleadings) (ck) (Entered: 07/22/2002) |
| 07/25/2002 |  | Appeal record returned from USCA RE: [172-1] appeal USCA dkt. # 01-11968-EE (1 vol. Sealed pleadings) (ck) (Entered: 07/26/2002) |
| 08/05/2002 | 176 | Notice of of bankruptcy by defendant American Home Pat. (fmm) (Entered: 08/06/2002) |
| 08/26/2002 | 177 | Certification of Consent to Substitution of Counsel for defendant Rotech, Inc. John D. Dalbey, Roger S. Goldman replacing attorney Jerry L. Sims for Rotech, Inc. (fmm) (Entered: 08/27/2002) |
| 09/06/2002 | 178 | MOTION by defendant Rotech, Inc. to dismiss second amended complaint with brief in support. (cdg) (Entered: 09/09/2002) |
| 09/20/2002 | 179 | CONSENT MOTION by plaintiff to extend time thru 10/18/02 for pla to respond to [178-1] motion to dismiss second amended complaint with prop consent order (cdg) (Entered: 09/23/2002) |
| 09/24/2002 | 181 | Application for admission of Roger S. Goldman pro hac vice for defendant Rotech, Inc. (to ODE) (fmm) (Entered: 09/25/2002) |
| 09/25/2002 | 180 | CONSENT ORDER by Judge Orinda D. Evans GRANTING [179-1] motion to extend time thru 10/18/02 for pla to respond to [178-1] motion to dismiss second amended complaint, [178-1] motion to dismiss second amended complaint to be submitted on 10/21/02 (cc) (fmm) (Entered: 09/25/2002) |
| 09/30/2002 | 182 | ORDER by Judge Orinda D. Evans GRANTING [181-1] pro hac vice application of Roger S. Goldman (cc) (fmm) (Entered: 10/01/2002) |
| 10/18/2002 | 183 | Response by plaintiff in opposition to [178-1] motion to dismiss second amended complaint (fmm) (Entered: 10/21/2002) |
| 10/18/2002 | 184 | MOTION by plaintiff for leave amend [100-1] second amended complaint , and for relief from the [171-1] order of dismissasl with brief in support. (fmm) (Entered: 10/21/2002) |

VOL. 9 CONT.

| | | |
|---|---|---|
| 10/22/2002 | | SUBMITTED to Judge Orinda D. Evans on [178-1] motion to dismiss second amended complaint (fmm) (Entered: 10/22/2002) |
| 11/01/2002 | 185 | CONSENT ORDER by Judge Orinda D. Evans, extending time thru 11/14/02 for dfts to respond to [184-1] motion for leave amend [100-1] second amended complaint, [184-2] motion for relief from the [171-1] order of dismissasl , [184-1] motion and [184-2] motion to be submitted on 11/15/02 (cc) (fmm) (Entered: 11/04/2002) |
| 11/04/2002 | 186 | MOTION by defendant Rotech, Inc. to extend time thru 11/14/02 to reply to relator's opposition to [178-1] motion to dismiss second amended complaint with prop order (to ODE) (fmm) (Entered: 11/05/2002) |
| 11/13/2002 | 187 | Response by defendant Rotech, Inc. in opposition to [184-1] motion for leave amend [100-1] second amended complaint, [184-2] motion for relief from the [171-1] order of dismissal (fmm) (Entered: 11/14/2002) |
| 11/13/2002 | 188 | Reply brief to [178-1] motion to dismiss second amended complaint by defendant Rotech, Inc. . (fmm) (Entered: 11/14/2002) |
| 11/14/2002 | 189 | ORDER by Judge Orinda D. Evans GRANTING [186-1] motion to extend time thru 11/14/02 to reply to relator's opposition to [178-1] motion to dismiss second amended complaint (cc) (fmm) (Entered: 11/15/2002) |
| 11/14/2002 END VOL. 9 | 190 | Brief by dfts Lincare Holdings, Lincare, Inc. in opposition to [184-1] motion for leave amend [100-1] second amended complaint, [184-2] motion for relief from the [171-1] order of dismissasl (fmm) (Entered: 11/15/2002) |
| 11/18/2002 | | SUBMITTED to Judge Orinda D. Evans on [184-1] motion for leave amend [100-1] second amended complaint, [184-2] motion for relief from the [171-1] order of dismissal (File in Chambers) (fmm) (Entered: 11/18/2002) |
| 11/27/2002 Beg. Vol. 10 | 191 | Reply brief in support of [184-1] motion for leave amend [100-1] second amended complaint, [184-2] motion for relief from the [171-1] order of dismissal by plaintiff. (adg) (Entered: 11/29/2002) |
| 06/02/2003 | 192 | ORDER by Judge Orinda D. Evans GRANTING IN PART AND DENYING IN PART [178-1] motion to dismiss second amended complaint by Rotech, Inc., motion is GRANTED w/respect to Count I and DENIED w/respect to Count III; GRANTING IN PART AND DENYING IN PART [184-2] motion for relief from the [171-1] order of dismissal by Kirk S. Corsello, motion is GRANTED with regards to dfts Lincare, Lincare Holding, American HomePatient and Alan Varraux with respect to Count II against the Lincare dfts and DENIED as against the raming dfts, DENYING [184-1] motion for leave amend [100-1] second amended complaint by Kirk S. Corsello (cc) (fmm) (Entered: 06/02/2003) |
| 06/02/2003 | | Terminated submissions. (fmm) (Entered: 06/02/2003) |
| 06/30/2003 | 193 | CONSENT ORDER by Judge Orinda D. Evans, extending time thru |

VOL. 10 CONT.

| | | |
|---|---|---|
| | | 7/3/03 for dft Lincare Inc., Lincare Holdings and Rotech to answer [33-1] amended complaint (cc) (fmm) (Entered: 07/01/2003) |
| 07/02/2003 | 194 | MOTION by dfts Lincare Holdings, Lincare, Inc. for a more definite statement , to strike , or to extend time by 30 days to answer [33-1] amended complaint with brief in support. (fmm) (Entered: 07/03/2003) |
| 07/03/2003 | 195 | MOTION by Rotech, Inc. for a more definite statement , to strike all portions of the [100-1] second amended complaint now made irrelevant by this Court's dismissal of Count I , or, to extend time of 30 days in which to answer the second amended complaint with brief in support. (ck) (Entered: 07/07/2003) |
| 07/08/2003 | 196 | ORDER by Judge Orinda D. Evans, for clarification . It was the court's intent to reopen this matter. The clerk is directed to reopen. (cc) (crc) (Entered: 07/10/2003) |
| 07/08/2003 | | Case reopened. (crc) (Entered: 07/10/2003) |
| 07/21/2003 | 197 | Response by plaintiff in opposition to [194-1] motion for a more definite statement, [194-2] motion to strike, [194-3] motion to extend time by 30 days to answer [33-1] amended complaint, [195-1] motion for a more definite statement, [195-2] motion to strike all portions of the [100-1] second amended complaint now made irrelevant by this Court's dismissal of Count I, [195-3] motion to extend time of 30 days in which to answer the second amended complaint (fmm) (Entered: 07/22/2003) |
| 07/25/2003 | | SUBMITTED to Judge Orinda D. Evans on [194-1] motion for a more definite statement, [194-2] motion to strike, [194-3] motion to extend time by 30 days to answer [33-1] amended complaint, [195-1] motion for a more definite statement, [195-2] motion to strike all portions of the [100-1] second amended complaint now made irrelevant by this Court's dismissal of Count I, [195-3] motion to extend time of 30 days in which to answer the second amended complaint (fmm) (Entered: 07/25/2003) |
| 08/06/2003 | 198 | Reply brief to [195-1] motion for a more definite statement, [195-2] motion to strike all portions of the [100-1] second amended complaint now made irrelevant by this Court's dismissal of Count I, [195-3] motion to extend time of 30 days in which to answer the second amended complaint by defendant Rotech, Inc. . (fmm) (Entered: 08/08/2003) |
| 08/06/2003 | 199 | Reply brief to [194-1] motion for a more definite statement, [194-2] motion to strike, [194-3] motion to extend time by 30 days to answer [33-1] amended complaint by dfts Lincare Holdings, Lincare, Inc. (fmm) (Entered: 08/08/2003) |
| 09/09/2003 | 200 | ORDER by Judge Orinda D. Evans GRANTING [194-2] motion to strike, GRANTING [195-2] motion to strike all portions of the [100-1] second amended complaint now made irrelevant by this Court's dismissal of Count I, GRANTING [194-1] motion for a more definite statement, GRANTING [195-1] motion for a more definite statement, and DENYING AS MOOT the [194-3] motion to extend time by 30 days to answer [33-1] amended by Lincare, Inc., Lincare Holdings, and the [195- |

Vol. 10 CONT

| | | |
|---|---|---|
| | | 3] motion to extend time of 30 days in which to answer the second amended complaint by Rotech, Inc. (cc) (ck) (Entered: 09/10/2003) |
| 09/09/2003 | | Terminated submissions. (ck) (Entered: 09/10/2003) |
| 09/26/2003 | 201 | CONSENT MOTION by plaintiff to extend time thru 10/24/03 to respond to [200-1] order w/prop order (fmm) (Entered: 09/29/2003) |
| 10/03/2003 | 202 | Notice of Substitution of Counsel for United States Ex Rel . Mina Rhee replacing attorney Daniel A. Caldwell for United States Ex Rel (fmm) (Entered: 10/06/2003) |
| 10/08/2003 | 203 | CONSENT ORDER by Judge Orinda D. Evans GRANTING [201-1] motion to extend time thru 10/24/03 to respond to [200-1] order, [200-1] order to be submitted on 10/27/03 (cc) (fmm) (Entered: 10/09/2003) |
| 10/24/2003 | 204 | FOURTH AMENDED COMPLAINT by plaintiff (fmm) (Entered: 10/27/2003) |
| 10/31/2003 | | Proposed Consent Order extending time thru 11/25/03 for Lincare Inc and Lincare Holdings to answer [204-1] fourth amended complaint. (to ODE) (fmm) (Entered: 11/03/2003) |
| 11/05/2003 | 205 | CONSENT ORDER by Judge Orinda D. Evans, extending time thru 11/25/03 to answer [204-1] fourth amended complaint , Answer due 11/25/03 for Lincare, Inc., for Lincare Holdings, (cc) (fmm) (Entered: 11/06/2003) |
| 11/25/2003 | 206 | ANSWER to amended complaint [204-1] by Rotech, Inc. (fmm) (Entered: 11/26/2003) |
| 11/25/2003 | 207 | MOTION by dfts Lincare Holdings, Lincare, Inc. to dismiss pla's fourth amended complaint with brief in support. (fmm) (Entered: 11/26/2003) |
| 12/16/2003 | 208 | Response by plaintiff in opposition to [207-1] motion to dismiss pla's fourth amended complaint (fmm) (Entered: 12/18/2003) |
| 12/23/2003 | | SUBMITTED to Judge Orinda D. Evans on [207-1] motion to dismiss pla's fourth amended complaint (fmm) (Entered: 12/23/2003) |
| 01/05/2004 | 209 | Reply brief to [207-1] motion to dismiss pla's fourth amended complaint by dfts Lincare Holdings, Lincare, Inc (fmm) (Entered: 01/06/2004) |
| 07/14/2004 | 210 | ORDER denying 207 Motion to Dismiss pla's fourth amended complaint. Signed by Judge Orinda D. Evans on 7/14/04. (fmm) (Entered: 07/17/2004) |
| 07/26/2004 | 211 | Consent MOTION for Extension of Time to File Answer by Lincare Holdings, Inc., Lincare, Inc.. (Fox, Benjamin) (Entered: 07/26/2004) |
| 08/16/2004 END VOL. 10 | 212 | ANSWER to Amended Complaint by Lincare Holdings, Inc., Lincare, Inc..(Fox, Benjamin) (Entered: 08/16/2004) |
| 09/08/2004 Beg. Vol. 11 | 213 | ORDER granting nunc pro tunc 211 Motion for Extension of Time to Answer thru 8/16/04. Signed by Judge Orinda D. Evans on 9/7/04. (fmm) |

Vol. II CONT.

| | | (Entered: 09/09/2004) |
|---|---|---|
| 09/20/2004 | 214 | PRELIMINARY REPORT AND DISCOVERY SCHEDULE filed by Lincare Holdings, Inc., Lincare, Inc.. (Fox, Benjamin) (Entered: 09/20/2004) |
| 09/29/2004 | 215 | Certificate of Interested Persons by Kirk S. Corsello, Lincare Holdings, Inc., Lincare, Inc., Rotech, Inc.. (Fox, Benjamin) (Entered: 09/29/2004) |
| 09/29/2004 | 216 | Corporate Disclosures pursuant to Rule 7.1 by Lincare Holdings, Inc., Lincare, Inc.. (Attachments: # 1 A & B)(Fox, Benjamin) (Entered: 09/29/2004) |
| 09/29/2004 | 217 | Response to Initial Disclosures by Kirk S. Corsello.(McKenna, Donald) (Entered: 09/29/2004) |
| 09/30/2004 | 218 | Initial Disclosures by Rotech, Inc.. (Attachments: # 1 Exhibits)(adg) (Entered: 10/01/2004) |
| 10/14/2004 | 219 | SCHEDULING ORDER approving 214 Preliminary Report and Discovery Schedule. Discovery ends on 1/16/2005. Signed by Judge Orinda D. Evans on 10/14/04. (fmm) (Entered: 10/15/2004) |
| 11/30/2004 | 220 | NOTICE by Lincare Holdings, Inc., Lincare, Inc. *of Service of Discovery* (Fox, Benjamin) (Entered: 11/30/2004) |
| 12/03/2004 | 221 | Consent MOTION to Add Party *Rotech Medical Corporation*, Consent MOTION to Amend *complaint* with Brief In Support by Kirk S. Corsello. (Attachments: # 1 Exhibit proposed amended complaint# 2 Text of Proposed Order)(McKenna, Donald) (Entered: 12/03/2004) |
| 12/03/2004 | 222 | Memorandum in support of 221 Consent MOTION to Add Party *Rotech Medical Corporation*, Consent MOTION to Amend *complaint* with Brief In Support by Kirk S. Corsello. (McKenna, Donald) Modified on 12/22/2004 to correct docket text as pleading incorrectly e-filed as motion (fmm). (Entered: 12/03/2004) |
| 12/06/2004 | 223 | CERTIFICATE OF SERVICE re: service of first interrogatories and first requests for production of documents by Rotech, Inc. (fmm) (Entered: 12/10/2004) |
| 12/14/2004 | 224 | NOTICE by Kirk S. Corsello *of service of discovery to Defendant Lincare* (McKenna, Donald) (Entered: 12/14/2004) |
| 12/17/2004 | 225 | Consent MOTION for Extension of Time to Complete Discovery *For Mediation* by Rotech, Inc., Kirk S. Corsello, Lincare, Inc., Lincare Holdings, Inc.. (Fox, Benjamin) (Entered: 12/17/2004) |
| 12/22/2004 | ● | Notification of Docket Correction re 222 Memorandum in support of 221 Consent MOTION to Add Party *Rotech Medical Corporation*Consent MOTION to Amend *complaint*Consent MOTION to Amend *complaint*. Docket text corrected as pleading incorrectly e-filed as a motion. (fmm) (Entered: 12/22/2004) |
| 12/23/2004 | 226 | ORDER granting 221 Motion to Add Party, granting 221 Motion to |

*VOL. II CONT.*

| | | |
|---|---|---|
| | | Amend complaint. The 5th amended complaint shall be deemed filed. Signed by Judge Orinda D. Evans on 12/22/04. (fmm) (Entered: 12/23/2004) |
| 12/23/2004 | 227 | FIFTH AMENDED COMPLAINT adding defendant Rotech Medical Corporation filed by Kirk S. Corsello.(fmm) (Entered: 12/23/2004) |
| 12/23/2004 | 228 | ORDER granting 225 Motion for Tolling Discovery for Mediation. Discovery is tolled until 1/17/05 and will resume on that date for the remaining 30 days of discovery, through 2/15/2005. Signed by Judge Orinda D. Evans on 12/22/04. (fmm) (Entered: 12/23/2004) |
| 12/29/2004 | 229 | ORDER STAYING CASE until January 17, 2005 Signed by Judge Orinda D. Evans on 12/22/04. (vh) (Entered: 12/29/2004) |
| 01/19/2005 | 230 | NOTICE of Service of Discovery by Lincare, Inc., Lincare Holdings, Inc. (aar) (Entered: 01/20/2005) |
| 01/19/2005 | 231 | CERTIFICATE OF SERVICE of discovery by Ron Pluchel, Rotech, Inc., Rotech Medical Corporation (aar) (Entered: 01/20/2005) |
| 01/28/2005 *Sealed VOL. 12* | 234 | RESPONSE in Support of 232 MOTION for Protective Order *Regarding a Single Inadvertently Produced Attorney-Client Privileged Document* with affidavits of Mark Schuetzler and Benjamin Fox filed by Lincare, Inc., Lincare Holdings, Inc. (***FILED UNDER SEAL***) (fmm) (Entered: 02/04/2005) |
| 02/04/2005 | 232 | MOTION for Protective Order *Regarding a Single Inadvertently Produced Attorney-Client Privileged Document* by Lincare, Inc., Lincare Holdings, Inc.. (Fox, Benjamin) (Entered: 02/04/2005) |
| 02/04/2005 | 233 | NOTICE by Lincare, Inc., Lincare Holdings, Inc. *of Certificate of Good Faith Conference* (Fox, Benjamin) (Entered: 02/04/2005) |
| 02/15/2005 | 235 | NOTICE by Lincare, Inc., Lincare Holdings, Inc. *OF SERVICE OF DISCOVERY* (Fox, Benjamin) (Entered: 02/15/2005) |
| 02/24/2005 | 236 | MOTION for Reconsideration *of Dismissal of Complaint for Failure to Present Indicia of Reliability on Issue of Submission of Claims to the Government* with Brief In Support by Kirk S. Corsello. (Attachments: # 1 Exhibit B# 2 Exhibit C# 3 Exhibit D# 4 Exhibit E# 5 Exhibit F# 6 Exhibit G# 7 Exhibit H# 8 Exhibit I# 9 Exhibit J# 10 Exhibit K# 11 Exhibit L# 12 Exhibit M# 13 Exhibit N# 14 Exhibit O# 15 Exhibit P# 16 Exhibit Q# 17 Exhibit R# 18 Exhibit S# 19 Exhibit T# 20 Exhibit A) (Bothwell, Mike) (Entered: 02/24/2005) |
| 03/02/2005 | | Submission of 232 MOTION for Protective Order *Regarding a Single Inadvertently Produced Attorney-Client Privileged Document*, submitted to District Judge Orinda D. Evans. (fmm) (Entered: 03/02/2005) |
| 03/04/2005 | 237 | STIPULATION of Dismissal *With Prejudice* by Rotech, Inc., Kirk S. Corsello, Lincare, Inc., Lincare Holdings, Inc., Rotech Medical Corporation. (Fox, Benjamin) (Entered: 03/04/2005) |

Vol. II Cont.

| | | |
|---|---|---|
| 03/08/2005 | 238 | Clerk's Entry of Dismissal approving 237 Stipulation of Dismissal with prejudice as to all claims under 31 USC 3730(h) between plaintiff and defendants Lincare Inc, Lincare Holdings, Rotech Medical and Rotech, Inc. pursuant to FRCP 41(a)(1)(ii). (fmm) Modified on 3/8/2005 to correct docket text (fmm). (Entered: 03/08/2005) |
| 03/14/2005 | 239 | First MOTION for Extension of Time Consent Motion Extending Time to Respond to Motion For Reconsideration/Proposed Order by Rotech, Inc., Rotech Medical Corporation. (Dalbey, John) (Entered: 03/14/2005) |
| 03/16/2005 | 240 | CONSENT ORDER GRANTING 239 Motion for Extension of Time for Defendants to file their Responses to Relator's Motion for Reconsideration until 3/28/2005. Signed by Judge Orinda D. Evans on 3/16/2005. (sjk) (Entered: 03/17/2005) |
| 03/28/2005 | | Submission of 236 MOTION for Reconsideration *of Dismissal of Complaint for Failure to Present Indicia of Reliability on Issue of Submission of Claims to the Government*, submitted to District Judge Orinda D. Evans. (File in Chambers) (fmm) (Entered: 03/28/2005) |
| 03/28/2005 | 241 | RESPONSE to Motion re 236 MOTION for Reconsideration *of Dismissal of Complaint for Failure to Present Indicia of Reliability on Issue of Submission of Claims to the Government Response of Rotech Defendants to Plaintiff's Second Motion for Reconsideration* filed by Rotech, Inc., Rotech Medical Corporation. (Dalbey, John) (Entered: 03/28/2005) |
| 03/28/2005 | 242 | RESPONSE to Motion re 236 MOTION for Reconsideration *of Dismissal of Complaint for Failure to Present Indicia of Reliability on Issue of Submission of Claims to the Government LINCARE INC. AND LINCARE HOLDINGS INC.'S RESPONSE TO PLAINTIFF'S SECOND MOTION FOR RECONSIDERATION* filed by Lincare, Inc., Lincare Holdings, Inc.. (Fox, Benjamin) (Entered: 03/28/2005) |
| 04/01/2005 | 243 | NOTICE OF APPEAL by Kirk S. Corsello. Transcript Order Form due on 4/15/2005 (McKenna, Donald) (Entered: 04/01/2005) |
| 04/05/2005 | 244 | Forwarded appeal fee and transmittal letters to USCA re: 243 Notice of Appeal filed by Kirk S. Corsello. Case Appealed to USCA - 11th Circuit Case Number 00-00000-00. (kac) (Entered: 04/05/2005) |
| 04/05/2005 | | Transmission of Notice of Appeal, Responses to Second Motion for Reconsideration, Clerk's Entry of Dismissal, Stipulation of Dismissal, Motion for Reconsideration, Orders and Docket Sheet to US Court of Appeals re: 243 Notice of Appeal. (kac) (Entered: 04/05/2005) |
| 04/08/2005 | 245 | USCA Acknowledgment of 243 Notice of Appeal filed by Kirk S. Corsello. Case Appealed to USCA - 11th Circuit Case Number 05-11868-A (kac) (Entered: 04/11/2005) |
| 04/11/2005 | 246 | USCA Appeal Fees received $255.00; Receipt Number 535765 re: 243 Notice of Appeal filed by Kirk S. Corsello. Case Appealed to USCA - 11th Circuit Case Number 05-11868-A. (kac) (Entered: 04/12/2005) |

*Vol. 11 CONT.*

| | | |
|---|---|---|
| 04/11/2005 | 247 | TRANSCRIPT ORDER FORM by Kirk S. Corsello re: 243 Notice of Appeal. Case Appealed to USCA - 11th Circuit Case Number 05-11868-A. Certificate of Readiness due on 4/25/2005 (No transcript is required for appeal purposes.)(kac) (Entered: 04/13/2005) |
| 04/12/2005 | | Forwarded certified docket sheets reflecting payment of appeal filing and docketing fees to USCA re: 243 Notice of Appeal filed by Kirk S. Corsello. Case Appealed to USCA - 11th Circuit Case Number 05-11868-A. (kac) (Entered: 04/12/2005) |
| 04/20/2005 | 248 | USCA Acknowledgment of certified docket sheets reflecting payment of appeal filing and docketing fees re: 243 Notice of Appeal filed by Kirk S. Corsello. Case Appealed to USCA - 11th Circuit Case Number 05-11868-A. (kac) (Entered: 04/22/2005) |
| 06/21/2005 | 249 | ORDER denying 236 Motion for Reconsideration and dismissing as moot 232 Motion for Protective Order. As there are no pending claims against defendants Alan Varraux and American HomePatient and as a stipulated dismissal has been filed as to the Lincare defendants and Rotech defendants, clerk is directed to enter judgment for all defendants. Signed by Judge Orinda D. Evans on 6/21/05. (fmm) (Entered: 06/22/2005) |
| 06/21/2005 *END VOL. 11* | 250 | CLERK'S JUDGMENT entered in favor of all defendants. (fmm) -- Please refer to http://www.ca11.uscourts.gov to obtain an appeals jurisdiction checklist-- (Entered: 06/22/2005) |
| 06/21/2005 | | Civil Case Terminated. (fmm) (Entered: 06/22/2005) |
| 06/29/2005 | | CERTIFICATE OF READINESS of Appeal Record re: 243 Notice of Appeal filed by Kirk S. Corsello. USCA Case Number 05-11868-AA (12 Vols. of Pldgs-1 FILED UNDER SEAL) (kac) (Entered: 06/29/2005) |